# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-47
_____

ERIC J. HOWARD,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
David P. Kreider, Judge.

September 30, 2021


PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric J. Howard, pro se, Appellant.

Lance Eric Neff, General Counsel, and Daniel R. Burke, Assistant General Counsel, Tallahassee, for Appellee.